```
              IN THE UNITED STATES DISTRICT COURT
                 WESTERN DISTRICT OF ARKANSAS
                     FAYETTEVILLE DIVISION
```

MARCO TORRES RUBIO                                              PLAINTIFF

       v.        Civil No. 10-5042

NURSE RHONDA BRADLEY;
RANDALL DENZER; NURSE
RHONDA MESCHEDE; and
NURSE ZENOBIA                                                   DEFENDANTS

## ORDER

Now on this 27th day of October, 2010, comes on for consideration the **Report And Recommendation Of The Magistrate Judge** (document #26), to which there are no objections, and the Court, being well and sufficiently advised, finds that the Report And Recommendation is sound in all respects, and should be adopted in its entirety.

**IT IS THEREFORE ORDERED** that the **Report And Recommendation Of The Magistrate Judge** (document #26) is **adopted in its entirety**.

**IT IS FURTHER ORDERED** that the plaintiff's complaint is dismissed based on plaintiff's failure to obey the order of the court and his failure to prosecute this action.

**IT IS SO ORDERED.**

                                                  /s/ Jimm Larry Hendren
                                          JIMM LARRY HENDREN
                                          UNITED STATES DISTRICT JUDGE